Electronically Filed - St Charles Circuit Div - July 05, 2025 - 06:11 PM

**2511-CC00912**

IN THE CIRCUIT COURT FOR ST. CHARLES COUNTY
STATE OF MISSOURI

KELLYE SCHUMACHER, )
)
        Plaintiff, )    Cause No.
)
)    Division No.
v. )
)
MARCUS THEATRES CORPORATION, )
)
Serve:  CSC-Lawyers Incorporating )    PERSONAL INJURY
        Service Company )    PREMISES LIABILITY
        221 Bolivar Street )    JURY TRIAL DEMANDED
        Jefferson City, MO 65101 )
)
        Defendant. )

## PETITION

COMES NOW Plaintiff, Kellye Schumacher, for her claim against Defendant, states as follows:

1.    At all times relevant herein, Defendant Marcus Theatres Corporation was a Wisconsin corporation with its principal place of business in Wisconsin.

2.    At all times relevant herein, Defendant owned and/or was responsible for maintaining the premises located at 1830 S First Capitol Drive in St. Charles, State of Missouri.

3.    On or about June 7, 2022, Plaintiff was on Defendant's premises located at 1830 S First Capitol Drive as a patron or customer. While on said premises, Plaintiff sat on a seat that was unsecured and that collapsed on her, causing her to fall.

4.    The seat was unsecure and loose and, as a result, the seat was not reasonably safe.

5.    Defendant knew or by using ordinary care could have known of this condition.

EXHIBIT A

Electronically Filed - St Charles Circuit Div - July 05, 2025 - 06:11 PM

6.      Defendant failed to use ordinary care to maintain the floor or warn of its condition or otherwise remedy the condition.

7.      Such negligence of Defendant, in one or more of the respects submitted above, directly caused or directly contributed to cause injury to Plaintiff to sustain injuries to her back, head, and right shoulder; medical and other healthcare related expenses have been incurred in connection with said injuries and Plaintiff will in the future incur additional monies in for further medical care and services; all of the aforesaid said injuries are permanent and progressive and greatly interfere with Plaintiff's ability to enjoy life; she has and will continue to suffer pain and discomfort.

WHEREFORE, Plaintiff Kellye Schumacher prays judgment against Defendant in such amount of money damages that are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, prejudgment interest in accordance with law, costs expended herein and for such other relief as may be appropriate under the circumstances.

Respectfully submitted,

KOLKER LAW FIRM, LLC

/s/ Aaron W. Sanders
Aaron W. Sanders, #464133
7700 Bonhomme, Ste. 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
aws@kolkerlawfirm.com